# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**KENNETH FOLTZ,**

    **Plaintiff,**

    v.

**TDB COMMUNICATIONS, INC.,**

    **Defendant.**

Case No. 2:24-cv-02581-HLT-ADM

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 13), judgment is entered in favor of Plaintiff Kenneth Foltz and against Defendant TDB Communications, Inc. in the amount of $26,192.20. This case is closed.

IT IS SO ORDERED.

                                                                           SKYLER O'HARA  
                                                                          CLERK OF THE COURT

Dated: July 14, 2025                        /s/ M. Deaton  
                                                   By Deputy Clerk